UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-15-MOC

| | |
|---|---|
| ANNA TAYLOR, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>**Acting Commissioner of** )<br>**Social Security,** )<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand to Social Security Administration. (Doc. No. 8). Plaintiff has consented to this motion.

### ORDER

**IT IS HEREBY, ORDERED** that Defendant's Consent Motion for Remand to Social Security Administration, (Doc. No. 8), is **GRANTED**, and pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Signed: June 27, 2023

Max O. Cogburn Jr.
United States District Judge